UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-21728-CIV-UNGARO/O'SULLIVAN

ALEXANDER NOLASCO,

    Plaintiff,

v.

A K S CARTAGE CORP., a Florida for profit corporation, JEMARY JORGE, an individual, BARBARA VERONA, an individual, D L I TRANSPORT CORP., a Florida for profit corporation, ALEJANDRO ARRIETA, an individual, DELTA LINE INTERNATIONAL, INC., a Florida for profit corporation, and ANA M. VEGA, an individual,

    Defendants.
_____/

## PLAINTIFF'S AMENDED STATEMENT OF CLAIM[1]

Plaintiff, ALEXANDER NOLASCO ("Plaintiff"), by and through undersigned counsel, hereby complies with this Court's Notice of Court Practices in FLSA Cases [D.E. 7], and in support thereof provides as follows:

    **I.**    **Nature of Wages Owed**

Plaintiff seeks to recover unpaid overtime wage compensation for the hours he worked in excess of forty (40) hours per week, and for which Defendants failed to pay him at the legal rate of time-and-a-half. 29 U.S.C. § 207.

---

[1] Amended to correct mathematical error in calculation of overtime owed.

## II. Calculation of Wages Owed[2]

Plaintiff seeks such compensation for the period of August 3, 2015 through and including September 20, 2016. Throughout said period, Plaintiff performed a multitude of tasks for Defendant as outlined in paragraph 37 of Plaintiff's Third Amended Complaint. Plaintiff's overtime rate was $10.00/hour x 1.5 (standard overtime pay rate), which equals $15.00/hour. Plaintiff's overtime rate multiplied by the number of overtime hours worked equals $21,180.00 in unpaid overtime. A breakdown of Plaintiff's overtime hours worked is as follows:

| Period | Overtime Hours | Time-and-a-half | Overtime Owed |
|---|---|---|---|
| 08/03/2015 – 09/20/2016 | 1412 | $15.00 | $21,180.00 |

## III. Amount of Unpaid Overtime Wages

Plaintiff's good-faith estimate of damages is **$21,180.00 x 2 (liquidated) = $42,360.00**.

## IV. Attorney's Fees and Costs

Plaintiff's attorneys' fees as of the date of this filing are 40 hours x $400.00 (rate) = $16,000.00.

Plaintiff's costs incurred to date are $400.00 (Filing Fee) and $375.00 (service) = $775.00[3]

Total amount of attorney's fees and costs is $16,775.00.

---

[2] These calculations are estimated "as a matter of just and reasonable inference" as allowed by law. *See Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 687-688, 66 S.Ct. 1187, 1192-93 (1946); *Allen v. Board of Public Educ. for Bibb County*, 495 F.3d 1306 (11th Cir. 2007). Accordingly, Plaintiff reserves the right to amend any calculations set forth herein until such time as discovery is taken and time and payroll are received from Defendant.

[3] Plaintiff's service costs may increase in the event Plaintiff must incur costs to serve Defendant DELTA LINE and Defendant VEGA.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of July, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by mail for counsel of parties who are not authorized to receive such Notices electronically.

**ALVAREZ, CARBONELL, COOKE,
FELTMAN & DA SILVA, PL**
*Counsel for Plaintiff*
75 Valencia Avenue - 8th Floor
Coral Gables, Florida  33134
Telephone: (305) 444-5885
Facsímile:  (305) 444-8986

*/s/ Brian C. Costa, Esq.*
Brian C. Costa, Esq.
Fla. Bar No.: 68534
Email: bcosta@acfdlaw.com
Daniel H. Perez, Esq.
Fla. Bar. No.: 106141
Email:: dperez@acfdlaw.com

## SERVICE LIST

**Adi Amit, Esq.**
**Megan Sincore Paranzino, Esq.**
*Counsel for Defendants*
Lubell Rosen
200 South Andrews Ave.
Suite 900
Fort Lauderdale, FL 33301
Tel: 954-880-9500
Fax: 954-755-2993
Email: adi@lubellrosen.com**;** msp@lubellrosen.com

**Brian C. Costa, Esq.**
**Daniel H. Perez, Esq.**
*Counsel for Plaintiff*
ALVAREZ, CARBONELL, COOKE,
FELTMAN & DA SILVA, PL
75 Valencia Avenue - 8th Floor
Coral Gables, Florida  33134
Telephone: (305) 444-5885
Facsímile:  (305) 444-8986
Email: BCosta@acfdlaw.com; DPerez@acfdlaw.com