UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21728-UU

ALEXANDER NOLASCO,

    Plaintiff,

v.

AKS CARTAGE CORP., *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Amend Answer and Affirmative Defenses.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion to Dismiss (D.E. 11) is DENIED AS MOOT because the extension sought, through September 15, 2017, has passed. In light of Hurricane Irma, Plaintiffs may yet file their response no later than **Thursday, September 21, 2017.**

DONE AND ORDERED in Chambers at Miami, Florida, this _18th_ day of September, 2017.

*Ursula Ungaro*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf

Case 1:17-cv-21728-JJO   Document 42   Entered on FLSD Docket 09/19/2017   Page 2 of 2