UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-21728-CIV-O'SULLIVAN
[CONSENT]

ALEXANDER NOLASCO,
        Plaintiff,

v.

AKS CARTAGE CORP., a
Florida for profit corporation,
JEMARY JORGE, an individual,
BARBARA VERONA, an individual,
DLI TRANSPORT CORP., a Florida
for profit corporation, ALEJANDRO
ARRIETA, an individual, DELTA
LINE INTERNATIONAL, INC.,
a Florida for profit corporation and
ANA M. VEGA, an individual,
        Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Motion in Limine to Exclude Irrelevant

Evidence and Impeachment on Collateral Matters (DE# 122, 6/21/18) filed by the

plaintiff. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Motion in Limine to Exclude Irrelevant

Evidence and Impeachment on Collateral Matters (DE# 122, 6/21/18) is **STRICKEN** as

untimely.

DONE AND ORDERED in Chambers at Miami, Florida, this **22nd** day of June,

2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel of record