UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:17-cv-21728-JJO

[Consent Case]

ALEXANDER NOLASCO,

    Plaintiff,

v.

A K S CARTAGE CORP., a Florida for profit corporation, D L I TRANSPORT CORP., a Florida for profit corporation, ALEJANDRO ARRIETA, an individual, and DELTA LINE INTERNATIONAL, INC., a Florida for profit corporation, and ANA M. VEGA, an individual,

    Defendants.
_____/

**VERDICT FORM**

Do you find from a preponderance of the evidence:

**OVERTIME WAGES**

1. That Plaintiff Alexander Nolasco performed some meaningful work for more than an insubstantial amount of time with the Ford Transit Connect during his employment with the Defendants?

    Yes __✓__ No _____

    [Note: If your answer is "Yes", you need to answer question 2 below. If you answered "No", your verdict is for the Defendants and you do not need to answer any other question.

2. That Plaintiff Alexander Nolasco worked overtime hours for which he was not properly compensated?

    Yes __✓__ No _____

    [Note: If your answer is "Yes", you need to answer questions 3-5 below. If you answered "No", your verdict is for the Defendants and you do not need to answer any other question.

3. That Plaintiff Alexander Nolasco should be awarded $ __21,360.00__ as the overtime wages.

## INDIVIDUAL EMPLOYER STATUS

4. That Defendant Ana M. Vega was Plaintiff's employer as defined in the jury instructions during the employment period relevant to this lawsuit?

    Yes __✓__ No _____

## GOOD FAITH

5. If you answered Yes to Number 2 above, was Defendants' failure to pay overtime, in good faith, based on a subjective and objective standard, as defined in the Jury Instructions?

    Yes _____ No __✓__

SO SAY WE ALL.

_____
JURY FOREPERSON

__6/27/18__
DATE