UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-21728-CIV-O'SULLIVAN
[CONSENT]

ALEXANDER NOLASCO,
    Plaintiff,

v.

AKS CARTAGE CORP., a
Florida for profit corporation,
DLI TRANSPORT CORP., a Florida
for profit corporation, ALEJANDRO
ARRIETA, an individual, DELTA
LINE INTERNATIONAL, INC.,
a Florida for profit corporation and
ANA M. VEGA, an individual,
    Defendants.
_____/

**FINAL JUDGMENT**

    THIS MATTER came before the Court following a jury trial. On July 5, 2018, the defendants filed Defendants' Notice of Non-Opposition to Liquidated Damages Finding By Jury (DE# 145, 7/5/18). The jury having considered the evidence and having returned a verdict in favor of the plaintiff ALEXANDER NOLASCO, it is

    ORDERED AND ADJUDGED that Final Judgment is entered in favor of the plaintiff ALEXANDER NOLASCO and against the defendants, AKS CARTAGE CORP., DLI TRANSPORT CORP., ALEJANDRO ARRIETA, DELTA LINE INTERNATIONAL, INC. and ANA M. VEGA. The plaintiff ALEXANDER NOLASCO shall recover $42,720.00 in damages (including liquidated damages), plus post-judgment interest, for which let execution issue shall recover. It is further,

    ORDERED AND ADJUDGED that motions for attorneys' fees and/or to tax costs in this action shall be filed pursuant to Local Rule 7.3, S.D. Fla. L.R. The Court reserves jurisdiction to consider such motions.

    DONE AND ORDERED in Chambers at Miami, Florida, this **6th** day of July, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel of record